Lower Allen Township, Appellant *v.* Zoning Hearing Board of Lower Allen Township and Helen M. Thompson, Appellees.

Argued September 15, 1982, before President Judge CRUMLISH, JR. and Judges BLATT and DOYLE, sitting as a panel of three.

*Robert E. Yetter, Metzger, Wickersham, Knauss & Erb,* for appellant.

No appearance for appellees.

OPINION BY PRESIDENT JUDGE CRUMLISH, JR., January 21, 1983:

Lower Allen Township appeals a Cumberland County Common Pleas Court order affirming the

Lower Allen Township Zoning Hearing Board's grant of a special exception to Helen Thompson. We affirm.

Helen Thompson applied to the Zoning Hearing Board for a special exception for the operation of a small beauty shop in her home. The special exception was granted and Lower Allen Township appealed to the grant to the common pleas court. On appeal, Lower Allen Township argued that the Board abused its discretion in granting the special exception in that its decision was unsupported by substantial evidence and contrary to law. The court rejected these arguments and denied the appeal.

Lower Allen Township raises the same contentions before this Court. After a careful review of the record and law, we find these contentions to be without merit, and affirm the able opinion of HOFFER, J., below. Pa. D. & C.3rd    (1981).

Affirmed.

ORDER

The Cumberland County Common Pleas Court order in the above-captioned case, dated August 10, 1981, is hereby affirmed.